AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SEP - 9 2019

**SOUTHERN** **DISTRICT OF** **TEXAS**

**McALLEN DIVISION**

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
**Nelson David Reyes**

**CRIMINAL COMPLAINT**

Case Number: M-19-2178-M

   IAE  YOB:  1979
**El Salvador**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 8, 2019** in **Starr** County, in the **Southern** District of **Texas**
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near La Grulla, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Nelson David Reyes was encountered by Border Patrol Agents near La Grulla, Texas on September 8, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 8, 2019, near Rio Grande City, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on August 15, 2019 through Houston, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 23, 2000, the defendant was convicted of Sexual Assault Of A Child and sentenced to four (4) years confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved AUSA L. Garcia

Signature of Complainant

Sworn to before me and subscribed in my presence,

**September 9, 2019**   4:14 pm   Nicolas Burgos   Border Patrol Agent

**Peter E Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer